**Leonard H. WHITE, Appellant,**

v.

**STATE of Missouri, Respondent.**

**WD 80376**

Missouri Court of Appeals,
Western District.

ORDER FILED: December 19, 2017

Susan L. Hogan, District Public Defender, Kansas City, MO, Attorney for Appellant.

Joshua D. Hawley, Attorney General, and Julia E. Neidhardt, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent.

Before Division IV: Mark D. Pfeiffer, Chief Judge, and Lisa White Hardwick and Edward R. Ardini, Jr., Judges

### Order

Per Curiam:

Mr. Leonard H. White appeals from the judgment of the Circuit Court of Jackson County, Missouri, denying, after an evidentiary hearing, his amended Rule 24.035 motion for post-conviction relief, in which he alleged that he received ineffective assistance of counsel. Because a published

opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 84.16(b).